B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re  Jeanette Blackmon                ,            Case No. 13-44695
                Debtor

                                                     Chapter  7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐  IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑  IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$  76.50          Check one  ☐  With the filing of the petition, or
                             ☑  On or before  12/18/13

$  76.50          on or before  1/17/14

$  76.50          on or before  2/16/14

$  76.50          on or before  3/18/14

☐  IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                            BY THE COURT

Date:  2 1 NOV 2013                         _Janet S. Baer_
                                            United States Bankruptcy Judge